**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **NYFEIS LIGHTY** | : |
| | : |
| v. | : CIVIL ACTION NO. 19-1207 |
| | : |
| **WILLIAMS**, *et al.*, | : |

## ORDER

This 16th day of September, 2022, for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that Defendants' Motion for Summary Judgment, ECF 24, is **GRANTED**.

                                                  /s/ Gerald Austin McHugh
                                            United States District Judge